# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re:  CROW, MICHAEL DWAYNE         § Case No. 05-76561
        CROW, SANDRA KAY             §
                                     §
Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $103,668.00             Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,413.49   Claims Discharged
                                             Without Payment: $16,546.62

Total Expenses of Administration: $3,685.33

3) Total gross receipts of $ 6,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 401.18 (see **Exhibit 2**), yielded net receipts of $6,098.82 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $74,222.59 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,685.33 | 3,685.33 | 3,685.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,949.32 | 2,413.49 | 2,413.49 | 2,413.49 |
| **TOTAL DISBURSEMENTS** | $92,171.91 | $6,098.82 | $6,098.82 | $6,098.82 |

    4) This case was originally filed under Chapter 7 on October 13, 2005. The case was pending for 91 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/14/2013          By: /s/MEGAN G. HEEG
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE | 1180-000 | 6,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CROW, MICHAEL DWAYNE | Dividend paid 100.00% on $401.18; Claim# SURPLUS; Filed: $401.18; Reference: | 8200-002 | 0.00 |
| Michael and Sandra Crow | surplus to Debtors | 8200-002 | 401.18 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$401.18** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | US Bank | 4110-000 | 15,591.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 33,442.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 25,189.59 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$74,222.59** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,359.88 | 1,359.88 | 1,359.88 |
| MEGAN G. HEEG | 2200-000 | N/A | 26.70 | 26.70 | 26.70 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 2,180.00 | 2,180.00 | 2,180.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 93.75 | 93.75 | 93.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $3,685.33 | $3,685.33 | $3,685.33 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RRCA | 7100-000 | 285.00 | 805.51 | 805.51 | 805.51 |
| 1I | RRCA | 7990-000 | N/A | 244.46 | 244.46 | 244.46 |
| 2 | Recovery Management Systems Corporation | 7100-000 | 538.28 | 470.28 | 470.28 | 470.28 |
| 2I | Recovery Management Systems Corporation | 7990-000 | N/A | 142.72 | 142.72 | 142.72 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 3 | Rock River Monument | 7100-000 | 222.04 | 218.40 | 218.40 | 218.40 |
| 3I | Rock River Monument | 7990-000 | N/A | 66.28 | 66.28 | 66.28 |
| 4 | Ganz, Inc. | 7200-000 | 357.38 | 357.38 | 357.38 | 357.38 |
| 4I | Ganz, Inc. | 7990-000 | N/A | 108.46 | 108.46 | 108.46 |
| NOTFILED | Sterling Rock Falls Clinic | 7100-000 | 189.52 | N/A | N/A | 0.00 |
| NOTFILED | State Beauty Supply | 7100-000 | 536.79 | N/A | N/A | 0.00 |
| NOTFILED | UW Physicians | 7100-000 | 405.96 | N/A | N/A | 0.00 |
| NOTFILED | UW Health | 7100-000 | 370.08 | N/A | N/A | 0.00 |
| NOTFILED | SBC Yellow PAges RH Donnelly | 7100-000 | 421.12 | N/A | N/A | 0.00 |
| NOTFILED | Victory Beauty Systems | 7100-000 | 174.91 | N/A | N/A | 0.00 |
| NOTFILED | Peabudy's, Inc. | 7100-000 | 205.28 | N/A | N/A | 0.00 |
| NOTFILED | Mashall Supply Services | 7100-000 | 263.22 | N/A | N/A | 0.00 |
| NOTFILED | Ag Finance Payment Process Center | 7100-000 | 380.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Card | 7100-000 | 11,235.07 | N/A | N/A | 0.00 |
| NOTFILED | Avon Products | 7100-000 | 119.34 | N/A | N/A | 0.00 |
| NOTFILED | KSB Medical Group | 7100-000 | 965.33 | N/A | N/A | 0.00 |
| NOTFILED | Citi Financial | 7100-000 | 1,280.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | **$17,949.32** | **$2,413.49** | **$2,413.49** | **$2,413.49** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-76561  
**Case Name:** CROW, MICHAEL DWAYNE  
CROW, SANDRA KAY  
**Period Ending:** 05/14/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/13/05 (f)  
**§341(a) Meeting Date:** 12/09/05  
**Claims Bar Date:** 04/26/06

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | REAL ESTATE - scheduled | 79,800.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 10.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS | 10.00 | 0.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTS | 50.00 | 0.00 | | 0.00 | FA |
| 5 | BANK ACCOUNTS | 1.00 | 0.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | 620.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 8 | FURS AND JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 9 | FIREARMS AND HOBBY EQUIPMENT | 50.00 | 0.00 | | 0.00 | FA |
| 10 | PENSION PLANS AND PROFIT SHARING | 13,102.00 | 0.00 | | 0.00 | FA |
| 11 | CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE | 0.00 | 6,500.00 | | 6,500.00 | FA |
| 12 | AUTOMOBILES AND OTHER VEHICLES | 480.00 | 0.00 | | 0.00 | FA |
| 13 | AUTOMOBILES AND OTHER VEHICLES | 1,245.00 | 0.00 | | 0.00 | FA |
| 14 | AUTOMOBILES AND OTHER VEHICLES | 7,000.00 | 0.00 | | 0.00 | FA |
| 15 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | Assets  Totals (Excluding unknown values) | **$103,668.00** | **$6,500.00** | | **$6,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2006  **Current Projected Date Of Final Report (TFR):** January 23, 2013 (Actual)

Printed: 05/14/2013 09:30 AM    V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-76561  
**Case Name:** CROW, MICHAEL DWAYNE  
CROW, SANDRA KAY  
**Taxpayer ID #:** **-***2146  
**Period Ending:** 05/14/13

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******53-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/12 | {11} | Ward Murray Pace & Johnson on behalf of | Buy-out of Sandra Crow's interest in an estate | 1180-000 | 6,500.00 | | 6,500.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,475.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | 9999-000 | | 6,475.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,500.00 | 6,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,475.00 | |
| | | | **Subtotal** | | 6,500.00 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,500.00** | **$25.00** | |

{} Asset reference(s)

Printed: 05/14/2013 09:30 AM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-76561  
**Case Name:** CROW, MICHAEL DWAYNE  
CROW, SANDRA KAY  
**Taxpayer ID #:** **-***2146  
**Period Ending:** 05/14/13

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****191866 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 6,475.00 | | 6,475.00 |
| 03/25/13 | 10101 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $2,180.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,180.00 | 4,295.00 |
| 03/25/13 | 10102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $93.75, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 93.75 | 4,201.25 |
| 03/25/13 | 10103 | RRCA | Dividend paid 100.00% on $805.51; Claim# 1; Filed: $805.51; Reference: | 7100-000 | | 805.51 | 3,395.74 |
| 03/25/13 | 10104 | Recovery Management Systems Corporation | Dividend paid 100.00% on $470.28; Claim# 2; Filed: $470.28; Reference: 24878711501 | 7100-000 | | 470.28 | 2,925.46 |
| 03/25/13 | 10105 | Rock River Monument | Dividend paid 100.00% on $218.40; Claim# 3; Filed: $218.40; Reference: | 7100-000 | | 218.40 | 2,707.06 |
| 03/25/13 | 10106 | Ganz, Inc. | Dividend paid 100.00% on $357.38; Claim# 4; Filed: $357.38; Reference: 0672145-000 | 7200-000 | | 357.38 | 2,349.68 |
| 03/25/13 | 10107 | RRCA | Dividend paid 100.00% on $244.46; Claim# 1I; Filed: $244.46; Reference: | 7990-000 | | 244.46 | 2,105.22 |
| 03/25/13 | 10108 | Recovery Management Systems Corporation | Dividend paid 100.00% on $142.72; Claim# 2I; Filed: $142.72; Reference: 24878711501 | 7990-000 | | 142.72 | 1,962.50 |
| 03/25/13 | 10109 | Rock River Monument | Dividend paid 100.00% on $66.28; Claim# 3I; Filed: $66.28; Reference: | 7990-000 | | 66.28 | 1,896.22 |
| 03/25/13 | 10110 | Ganz, Inc. | Dividend paid 100.00% on $108.46; Claim# 4I; Filed: $108.46; Reference: 0672145-000 | 7990-000 | | 108.46 | 1,787.76 |
| 03/25/13 | 10111 | CROW, MICHAEL DWAYNE | Dividend paid 100.00% on $401.18; Claim# SURPLUS; Filed: $401.18; Reference: Voided on 03/25/13 | 8200-002 | | 401.18 | 1,386.58 |
| 03/25/13 | 10111 | CROW, MICHAEL DWAYNE | Dividend paid 100.00% on $401.18; Claim# SURPLUS; Filed: $401.18; Reference: Voided: check issued on 03/25/13 | 8200-002 | | -401.18 | 1,787.76 |
| 03/25/13 | 10112 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,386.58 | 401.18 |
| | | | Dividend paid 100.00% on $1,359.88; Claim# ; Filed: $1,359.88 | 2100-000 | 1,359.88 | | 401.18 |
| | | | Dividend paid 100.00% on $26.70; Claim# ; Filed: $26.70 | 2200-000 | 26.70 | | 401.18 |
| 03/25/13 | 10113 | Michael and Sandra Crow | surplus to Debtors | 8200-002 | | 401.18 | 0.00 |

Subtotals : $6,475.00 $6,475.00

{} Asset reference(s)

Printed: 05/14/2013 09:30 AM V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 05-76561 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | CROW, MICHAEL DWAYNE | | **Bank Name:** | Rabobank, N.A. |
| | CROW, SANDRA KAY | | **Account:** | ****191866 - Checking Account |
| **Taxpayer ID #:** | **-***2146 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 05/14/13 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **6,475.00** | **6,475.00** | **$0.00** |
| | | | Less: Bank Transfers | | 6,475.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **6,475.00** | |
| | | | Less: Payments to Debtors | | | 401.18 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,073.82** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******53-66** | 6,500.00 | 25.00 | 0.00 |
| **Checking # ****191866** | 0.00 | 6,073.82 | 0.00 |
| | $6,500.00 | $6,098.82 | $0.00 |

{} Asset reference(s)

Printed: 05/14/2013 09:30 AM    V.13.13